**RAINTREE REALTY AND CONSTRUCTION v. KASEY**

[341 N.C. 195 (1995)]

RAINTREE REALTY AND CONSTRUCTION, INC., (Substitute) Trustee v. FRANK W. KASEY and ZELDA KASEY

No. 517PA94

(Filed 28 July 1995)

On discretionary review, pursuant to N.C.G.S. § 7A-31, of an opinion of the Court of Appeals, 116 N.C. App. 340, 447 S.E.2d 823 (1994), affirming the order entered 20 April 1993 by Hyatt, J., in Superior Court, Buncombe County. Heard in the Supreme Court on 21 June 1995.

*Van Winkle, Buck, Wall, Starnes and Davis, P.A., by Albert L. Sneed, Jr., for petitioner-appellee.*

*Bailey & Dixon, L.L.P., by Gary S. Parsons and Dorothy K. Woodward; Leonard & Biggers, by William T. Biggers, for respondent-appellants Giles and Bren N. Wright.*

PER CURIAM.

AFFIRMED.